**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| DR. MARK W. STURDY d/b/a ROCHESTER VETERINARY CLINIC on behalf of itself and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 3:13-cv-3350- CSB-JEH |
| v. | ) ) ) | |
| MEDTRAK EDUCATIONAL SERVICES, LLC, ZOETIS, INC., formerly known as PFIZER ANIMAL HEALTH; ZOETIS LLC; ZOETIS PRODUCTS, LLC; and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME the Parties, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendants with prejudice, and with each party bearing its own costs and attorneys' fees. Plaintiff's class claims are dismissed without prejudice, and with each party bearing its own costs and attorneys' fees. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

/s/ Daniel A. Edelman
Daniel A. Edelman
Dulijaza (Julie) Clark
Edelman Combs Latturner & Goodwin LLC
20 S. Clark St.
Suite 1500
Chicago IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

/s/ Rebecca J. Schwartz
Rebecca J. Schwartz
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816.474.6550
816.421.5547

/s/ W. Jason Rankin
W. Jason Rankin
HEPLERBROOM, LLC
400 S. Ninth St., Suite 100

Springfield, IL 62701
(217) 528-3674
(217) 528-3964


<u>/s/ David A. Rolf</u>
David A. Rolf
SORLING NORTHRUP
1 N. Old State Capitol, Suite 200
Post Office Box 5131
Springfield, IL 62705-5131

**CERTIFICATE OF SERVICE**

    I, Dulijaza Clark, hereby certify that on January 5, 2017, I caused a true and accurate copy of the foregoing document to be electronically filed with the Clerk of the United States District for the Central District of Illinois by filing through the CM/ECF system, which served a copy upon all counsel of record.

/s/ Dulijaza Clark

Dulijaza (Julie) Clark

Daniel A. Edelman

Cathleen M. Combs

James O. Latturner

Dulijaza Clark

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC

20 South Clark Street, Suite 1500

Chicago, Illinois 60603

(312) 739-4200

(312) 419-0379 (FAX)